# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JENNIFER HULIN AND EDWARD
LAMPARSKI, INDIVIDUALLY AND
ON BEHALF OF THEIR MINOR
CHILD, NOAH LAMPARSKI

VERSUS

KYLE SNOW, PATRICIA SNOW,
AND THE STATE OF LOUISIANA,
DEPARTMENT OF CHILDREN AND
FAMILY SERVICES

NO. 2022 CW 1292

MARCH 13, 2023

---

In Re:    On motion of Kyle and Patricia Snow, for rehearing,
          22nd Judicial District Court, Parish of St. Tammany,
          No. 2019-12577.

---

BEFORE:   THERIOT, CHUTZ, LANIER, HESTER, AND GREENE, JJ.

**APPLICATION FOR REHEARING DENIED.**

**MRT**
**WRC**
**WIL**
**CHH**

**Greene, J.**, dissents and would grant the application for rehearing.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT